[74 NE3d 301, 52 NYS3d 62]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO PEGUERO-SANCHEZ, Appellant.

Decided March 23, 2017

## APPEARANCES OF COUNSEL

*Stephen N. Preziosi*, New York City, for appellant.

*Thomas J. Spota, District Attorney*, Riverhead (*Lauren Tan* of counsel), for respondent.

## OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed. Defendant's arguments concerning the People's summation are unpreserved, and in any event, we reject defendant's contention that the People improperly offered evidence and argument concerning an uncharged sale of narcotics in violation of defendant's due process rights and the rule set forth in *People v Molineux* (168 NY 264 [1901]). Additionally, evidence of defendant's text messages was properly admitted to rebut defendant's version of the events surrounding his arrest, as the text messages were "relevant to the very issues that the jury" was required to decide (*People v Knight*, 80 NY2d 845, 847 [1992]; *see People v Cade*, 73 NY2d 904 [1989]; *People v Harris*, 57 NY2d 335, 345 [1982]). Finally, any error resulting from a detective's testimony that defendant invoked his right to counsel was harmless, particularly in light of the trial court's offer of a curative instruction.

Chief Judge DiFiore and Judges RIVERA, ABDUS-SALAAM, STEIN, FAHEY, GARCIA and WILSON concur.

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, in a memorandum.